958

No. ——. Zaffarano v. Fitzpatrick, Warden. C. A. 2d Cir. Application for bail presented to Mr. Justice Harlan, and by him referred to the Court, denied. *Irving Spieler* for applicant.

No. 49. Zenith Radio Corp. v. Hazeltine Research, Inc., et al. C. A. 7th Cir. [Certiorari granted, 391 U. S. 933.] The Solicitor General is invited to file a brief expressing the views of the United States.

No. 838, Misc. Farbenfabriken Bayer A. G. v. United States. D. C. D. C.; and

No. 839, Misc. Farbenfabriken Bayer A. G. v. United States. C. A. D. C. Cir. Motions for leave to file petitions for writs of certiorari denied. *Allen F. Maulsby, Arnold M. Lerman, Max O. Truitt, Jr.,* and *Daniel K. Mayers* on the motions in both cases.

No. 717, Misc. Cox v. Burke, Warden; and

No. 869, Misc. Robinson v. Peyton, Penitentiary Superintendent. Motions for leave to file petitions for writs of habeas corpus denied.

(See also No. 134, *ante,* p. 215; and No. 88, Misc., *ante,* p. 216.)

No. 252, Misc. Chimel v. California. Sup. Ct. Cal. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted and case transferred to appellate docket. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Ronald M. George,* Deputy Attorney General, for respondent.